IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY WALDEN, KURT VAN BRYANT,
and ALEXANDER WILLIAMS,
    Plaintiffs,

vs.                             Case No. 3:10cv103/LAC/EMT

STATE OF FLORIDA CORP.,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2010 (Doc. 32). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. Plaintiffs Kurt Van Bryant and Alexander Williams are **DISMISSED** as Plaintiffs from this action.

    3. This matter is referred to the assigned magistrate judge for further review of Plaintiff Timothy Walden's claims.

**DONE AND ORDERED** this 21st day of September, 2010.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**